### Hood *et al.* v. Swint.

HILL, J.  Upon conflicting evidence the court did not err in refusing an interlocutory injunction.  *Board of Education of Glynn County* v. *Day*, 128 *Ga.* 156 (9) (57 S. E. 359).

*Judgment affirmed.   All the Justices concur.*

No. 2855.   JUNE 22, 1922.

Petition for injunction.  Before Judge Hardeman.  Washington superior court.  September 7, 1921.

*A. R. Wright,* for plaintiffs.  *Evans & Evans,* for defendant.